UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                              Plaintiff,<br><br>         -against-<br><br>SAINT LUKES ROOSEVELT HOSPITAL CENTER, ET AL.,<br><br>                              Defendants. | 23-CV-4379 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the August 28, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  January 10, 2024
          New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge